**Order issued November 20, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00767-CV

_____

**SHIRLEY LENOIR, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHANA LENOIR AND CHRISTOPHER MCKNIGHT, INDIVIDUALLY AND AS NEXT FRIEND OF NAYLA MCKNIGHT, Appellants**

**V.**

**U.T. PHYSICIANS, Appellee**

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Case No. 2012-35806**

---

### MEMORANDUM ORDER OF DISMISSAL

Appellants, Shirley Lenoir and Christopher McKnight, filed a notice of appeal on September 12, 2014, appealing from the trial court's August 14, 2014

order granting Appellee U.T. Physician's plea to the jurisdiction. On October 31, 2014, appellants filed "Appellants' Unopposed Partial Dismissal of Appellee Insperity Peo Services, L.P." No other party has filed a notice of appeal, and no opinion has issued. Further, although the certificate of conference in the motion indicates appellees could not be reached, more than 10 days have passed and no party has objected to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we GRANT the motion and ORDER that appellants' appeal from the trial court's order be dismissed as to appellees Insperity Peo Services, L.P.. *See* TEX. R. APP. P. 42.1(a)(1), 42.1(b). Appellants' appeal remains pending as to appellee U.T. Physicians.

It is so ORDERED.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.